UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
GLEN R OLSEN                              §       Case No. 10-54212
GRISEL OLSEN                              §
                                          §
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           219 S. Dearborn Street
           Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on April 12, 2012 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Deborah M. Gutfeld_____
                                                      Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GLEN R OLSEN § Case No. 10-54212
GRISEL OLSEN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,991.06 |
| and approved disbursements of | $ | 15.24 |
| leaving a balance on hand of[1] | $ | 5,975.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,349.11 | $ 0.00 | $ 1,349.11 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,349.11 |
| Remaining Balance | | $ | 4,626.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,766.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,625.06 | $ 0.00 | $ 553.25 |
| 2 | Discover Bank | $ 2,154.73 | $ 0.00 | $ 156.34 |
| 3 | American Infosource Lp As Agent For | $ 2,269.65 | $ 0.00 | $ 164.68 |
| 4 | Primecare Community Health, Inc | $ 155.00 | $ 0.00 | $ 11.25 |
| 5 | N. A. Chase Bank Usa | $ 2,370.19 | $ 0.00 | $ 171.97 |
| 6 | N. A. Chase Bank Usa | $ 2,961.23 | $ 0.00 | $ 214.86 |
| 7 | Fsb American Express Bank | $ 4,266.62 | $ 0.00 | $ 309.57 |
| 8 | Sallie Mae | $ 7,947.36 | $ 0.00 | $ 576.63 |
| 9 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 3,803.56 | $ 0.00 | $ 275.97 |
| 10 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 8,679.60 | $ 0.00 | $ 629.76 |
| 11 | Na/Bank Of America Fia Card Services | $ 21,533.81 | $ 0.00 | $ 1,562.43 |

Total to be paid to timely general unsecured creditors $ 4,626.71

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 10-54212-PSH
Glen R Olsen                                                 Chapter 7
Grisel Olsen
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 3                   Date Rcvd: Mar 02, 2012
                              Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
db/jdb      +Glen R Olsen,    Grisel Olsen,    4111 W. Cornelia,    Chicago, IL 60641-3919
16517466    +Aes,    Po Box 2461,    Harrisburg, PA 17105-2461
16517467    +Ally Financial,    P O Box 380901,    Bloomington, MN 55438-0901
16517468    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17010348     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17542524     American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
16517471    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16957896     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16517474    +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16517475    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16517476    +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
             Kansas City, MO 64195-0507
16517477    +Computer Credit Inc,    Claim Dept 009500,    640 West Fourth Street,
             Winston Salem, NC 27101-2730
16517480     ICS COLLECTION SERVICE,    PO Box 1010,    Tinley Park, IL 60477-9110
16517481    +Lincare, Inc.,    3556 Lakeshore Rd.,    Suite 214,    Buffalo, NY 14219-1400
16517482    +PNC Mortgage,    PO BOX 747080,    Pittsburgh, PA 15274-7080
16517483    +Primecare Community Health, Inc,    1908 Solutions Center,    Chicago, IL 60677-1009
16517486    +RUSH MEDICAL CENTER,    1653 WEST CONGRESS PARKWAY,    Chicago, IL 60612-3833
16517484    +Resurrection Health Care,    2233 West Division,    Chicago, IL 60622-8151
16517485    +Resurrection Health Care,    7435 W. Talcott Ave.,    Chicago, IL 60631-3746
16517488     Rush University Medical Center,    P.O. Box 73952,    Chicago, IL 60690
16517489    +Sears/cbsd,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
             Kansas City, MO 64195-0507
16517490    +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16895487      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:41:02
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16876196      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16517478     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2012 03:50:59     Discover Fin,    Po Box 6103,
              Carol Stream, IL 60197-6103
17304594      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:50:52
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
17197218     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:44
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17103033     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 03 2012 03:44:22     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16517470*    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16517472*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16517473*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16517479*    +Discover Fin,    Po Box 6103,    Carol Stream, IL 60197-6103
16517487*    +RUSH MEDICAL CENTER,    1653 WEST CONGRESS PARKWAY,    Chicago, IL 60612-3833
16517469   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams          Page 2 of 3              Date Rcvd: Mar 02, 2012
                              Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                       **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: dwilliams              Page 3 of 3                   Date Rcvd: Mar 02, 2012
                               Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Ernesto D Borges    on behalf of Debtor Glen Olsen notice@billbusters.com,
           billbusters@bestclientinc.com
          Nisha B Parikh    on behalf of Debtor Glen Olsen nparikh@klueverplatt.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                     TOTAL: 4