UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
GLEN R OLSEN                          §    Case No. 10-54212
GRISEL OLSEN                          §
                                      §
                                      §
        Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on                . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DEBORAH M. GUTFELD_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial P O Box 380901 Bloomington, MN 55438 |  |  |  |  |  |
|  | PNC Mortgage PO BOX 747080 Pittsburgh, PA 74780 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Jacksonville, FL 32256 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes Po Box 2461 Harrisburg, PA 17105 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Computer Credit Inc Claim Dept 009500 640 West Fourth Street Winston Salem, NC 27113 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | ICS COLLECTION SERVICE PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincare, Inc. 3556 Lakeshore Rd. Suite 214 Buffalo, NY 14219 | | | | | |
| | Primecare Community Health, Inc 1908 Solutions Center Chicago, IL 60677 | | | | | |
| | Resurrection Health Care 2233 West Division Chicago, IL 60601 | | | | | |
| | Resurrection Health Care 7435 W. Talcott Ave. Chicago, IL 60631 | | | | | |
| | RUSH MEDICAL CENTER 1653 WEST CONGRESS PARKWAY Chicago, IL 60612 | | | | | |
| | RUSH MEDICAL CENTER 1653 WEST CONGRESS PARKWAY Chicago, IL 60612 | | | | | |
| | Rush University Medical Center P.O. Box 73952 Chicago, IL 60690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sears/cbsd Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 |  |  |  |  |  |
| 3 | American Infosource Lp As Agent For |  |  |  |  |  |
| 1 | Discover Bank |  |  |  |  |  |
| 2 | Discover Bank |  |  |  |  |  |
| 7 | Fsb American Express Bank |  |  |  |  |  |
| 5 | N. A. Chase Bank Usa |  |  |  |  |  |
| 6 | N. A. Chase Bank Usa |  |  |  |  |  |
| 11 | Na/Bank Of America Fia Card Services |  |  |  |  |  |
| 4 | Primecare Community Health, Inc |  |  |  |  |  |
| 9 | Pyod Llc Its Successors And Assigns As Assignee Of |  |  |  |  |  |
| 10 | Pyod Llc Its Successors And Assigns As Assignee Of |  |  |  |  |  |
| 8 | Sallie Mae |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-54212 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | GLEN R OLSEN | | | | Date Filed (f) or Converted (c): | 12/07/2010 (f) |
| | GRISEL OLSEN | | | | 341(a) Meeting Date: | 02/03/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 05/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at: 4111 W. Cornelia, Chicago, IL 60641 | 256,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account with Chase | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings Account with Chase | 64.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous Used Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Personal Used Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. 401(k) Through Employer | 1,681.00 | 0.00 | DA | 0.00 | FA |
| 7. Anticipated 2010 IRS Tax Return | 10,660.00 | 5,991.06 | | 5,991.06 | FA |
| 8. 2008 Saturn Sky with 18,000 miles Value per Kelley Blue Book | 15,520.00 | 0.00 | DA | 0.00 | FA |
| 9. 1995 Chevy Suburban with 100,000 miles Value per Kelley Blue | 2,735.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Harley Davidson RoadKing with 65,000 miles Value per NA | 7,080.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $295,140.00   $5,991.06   $5,991.06   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Draft TFR prepared.  Submit to Tom Thornton for approval once DMG reviews.

Initial Projected Date of Final Report (TFR): 12/31/2012      Current Projected Date of Final Report (TFR): 12/31/2012

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-54212 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: GLEN R OLSEN | Bank Name: Bank of America |
| GRISEL OLSEN | Account Number/CD#: XXXXXX6426 |
| | Checking |
| Taxpayer ID No: XX-XXX0263 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/11 | 7 | United States Treasury | | 1124-000 | $5,991.06 | | $5,991.06 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.39 | $5,983.67 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.85 | $5,975.82 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.10 | $5,968.72 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.34 | $5,961.38 |
| 04/13/12 | | Bank of America | | 2600-000 | | ($7.34) | $5,968.72 |
| 04/13/12 | | Bank of America | | 2600-000 | | ($7.10) | $5,975.82 |
| 04/13/12 | 100 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,349.11 | $4,626.71 |
| 04/13/12 | 101 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 7.26 % per court order. | 7100-000 | | $553.25 | $4,073.46 |
| 04/13/12 | 102 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 7.26 % per court order. | 7100-000 | | $156.34 | $3,917.12 |
| 04/13/12 | 103 | American Infosource Lp As Agent For Citibank (South Dakota) N.A. Po Box 248840 Oklahoma City, Ok 73124-8840 | Final distribution to claim 3 representing a payment of 7.26 % per court order. | 7100-000 | | $164.68 | $3,752.44 |
| 04/13/12 | 104 | Primecare Community Health, Inc 1908 Solutions Center Chicago, Il 60677 | Final distribution to claim 4 representing a payment of 7.26 % per court order. | 7100-000 | | $11.25 | $3,741.19 |

Page Subtotals: $5,991.06 $2,249.87

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-54212 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | GLEN R OLSEN | Bank Name: | Bank of America |
| | GRISEL OLSEN | Account Number/CD#: | XXXXXX6426 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0263 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/12 | 105 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 5 representing a payment of 7.26 % per court order. | 7100-000 | | $171.97 | $3,569.22 |
| 04/13/12 | 106 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 6 representing a payment of 7.26 % per court order. | 7100-000 | | $214.86 | $3,354.36 |
| 04/13/12 | 107 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 7.26 % per court order. | 7100-000 | | $309.57 | $3,044.79 |
| 04/13/12 | 108 | Sallie Mae<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 8 representing a payment of 7.26 % per court order. | 7100-000 | | $576.63 | $2,468.16 |
| 04/13/12 | 109 | Pyod Llc Its Successors And Assigns As Assignee Of<br>Citibank, Na<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Final distribution to claim 9 representing a payment of 7.26 % per court order. | 7100-000 | | $275.97 | $2,192.19 |
| 04/13/12 | 110 | Pyod Llc Its Successors And Assigns As Assignee Of<br>Citibank, Na<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Final distribution to claim 10 representing a payment of 7.26 % per court order. | 7100-000 | | $629.76 | $1,562.43 |
| 04/13/12 | 111 | Na/Bank Of America Fia Card Services<br>Fia Card Services, Na/Bank Of America<br>By American Infosource Lp As Its Agent<br>Po Box 248809<br>Oklahoma City, Ok 73124-8809 | Final distribution to claim 11 representing a payment of 7.26 % per court order. | 7100-000 | | $1,562.43 | $0.00 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.48 | ($4.48) |
| 05/17/12 | | Bank of America | | 2600-000 | | ($4.48) | $0.00 |

Page Subtotals: $0.00  $3,741.19

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,991.06 | $5,991.06 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,991.06 | $5,991.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,991.06 | $5,991.06 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-54212 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: GLEN R OLSEN | Bank Name: Bank of America |
| GRISEL OLSEN | Account Number/CD#: XXXXXX6442 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0263 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6426 - Checking | $5,991.06 | $5,991.06 | $0.00 |
| XXXXXX6442 - Money Market Account | $0.00 | $0.00 | $0.00 |
|  | $5,991.06 | $5,991.06 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,991.06 |
| Total Gross Receipts: | $5,991.06 |

Page Subtotals: $0.00 $0.00